IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| HENRY GUY JONES, Plaintiff, | : : : | PRISONER CIVIL RIGHTS 42 U.S.C. § 1983 |
| v. | : : | |
| STANLEY E. HOOK, Defendant. | : : | CIVIL ACTION NO. 1:12-CV-786-TWT-LTW |

## ORDER FOR SERVICE OF REPORT AND RECOMMENDATION

The Report and Recommendation of the United States Magistrate Judge, made in accordance with 28 U.S.C. § 636(b)(1) and this Court's Local Rule 72, is attached. The same shall be filed and a copy, together with a copy of this Order, shall be served upon counsel for the parties and upon any unrepresented parties.

Pursuant to 28 U.S.C. § 636(b)(1)(C), within fourteen (14) days of service of this Order, each party may file written objections, if any, to the Report and Recommendation. If objections are filed, they shall specify with particularity the alleged error or errors made (including reference by page number to the transcript if applicable) and shall be served upon the opposing party. The party filing objections will be responsible for obtaining and filing the transcript of any evidentiary hearing for review by the District Court. If no objections are filed, the Report and Recommendation may be adopted as the opinion and order of the District Court and

any appellate review of factual findings will be limited to a plain error review. *United States v. Slay*, 714 F.2d 1093, 1095 (11th Cir. 1983).

The Clerk is **DIRECTED** to submit the Report and Recommendation with objections, if any, to the District Judge after expiration of the time period stated above.

**SO ORDERED** this 23 day of April, 2012.

Linda J. Walker
LINDA T. WALKER
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| HENRY GUY JONES,<br>Plaintiff, | PRISONER CIVIL RIGHTS<br>42 U.S.C. § 1983 |
| v. | |
| STANLEY E. HOOK,<br>Defendant. | CIVIL ACTION NO.<br>1:12-CV-786-TWT-LTW |

## FINAL REPORT AND RECOMMENDATION

Plaintiff was confined at the Smyrna City Jail in Smyrna, Georgia (the "Jail") when he filed this action. Plaintiff, pro se, complains in this action of allegedly unconstitutional conditions at the Jail. (Doc. 1.)

On March 12, 2012, the Court issued an Order directing Plaintiff to submit, within twenty-one days, either the $350 filing fee for this action or a proper application to proceed *in forma pauperis*. (Doc. 3.) That Order advised Plaintiff that failure to comply within the specified time period may result in dismissal of this action. (*Id.*) The Order was returned to the Court as undeliverable because Plaintiff has been released from the Jail. Plaintiff has not filed anything in this action regarding his release or his new address, as required by the Court's Local Rules. *See* LR 41.2C, NDGa. Indeed, Plaintiff has filed nothing since filing his complaint.

Accordingly, the undersigned **RECOMMENDS** that this action be **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to comply with a lawful order of the Court and to keep the Court advised in this action of his current address. *See* Fed. R. Civ. P. 41(b); LR 41.3A(2), 41.3C, NDGa.

**SO RECOMMENDED** this 23 day of April, 2012.

/s/ Linda T. Walker
LINDA T. WALKER
UNITED STATES MAGISTRATE JUDGE